## CHARLES A. GREGORY

*v.*

## GEORGE R. CLARKE *et al.*

TRUST DEED — *place of sale.* After the destruction of the court house of Cook county by fire, and while the circuit and superior courts of that county were held in a portion of the old court house, which had been repaired and fitted for that purpose, a party gave certain trust deeds, with a power of sale, to be made " at the north door of the court house in the city of Chicago, in the State of Illinois." The trustee advertised the sale " at the north door of the court house, in the city of Chicago, in the county of Cook, and State of Illinois, namely, at the west door of the north doors of the building used as a court house, situated," etc.: *Held*, that the sale was advertised to be made at the right place—the place designated in the trust deeds.

APPEAL from the Circuit Court of Cook county; the Hon. WILLIAM W. FARWELL, Judge, presiding.

This was a bill in equity, filed by Charles A. Gregory against George R. Clarke, trustee, and J. C. Burrage, to enjoin the sale of certain real estate under certain deeds of trust executed by the complainant. The material facts appear in the opinion of the court.

Messrs. MONROE, BISBEE & GIBBS, for the appellant.

Messrs. SLEEPER & WHITON, for the appellees.

Mr. JUSTICE SHELDON delivered the opinion of the Court:

This was a bill in chancery, to enjoin a proceeding for the sale of premises under four certain trust deeds. A preliminary injunction was granted. Upon answer and affidavits filed, on motion the injunction was dissolved, and the bill dismissed for want of equity, and complainant appealed.

The trustee had advertised the premises for sale under the

trust deeds, and the sole question is, whether the sale was adver-
tised to be made at the right place, that is, at the place fixed by
the grantor in the trust deeds.

The trust deeds were dated July 10, 1872, and the place of
sale designated in each was, "at the north door of the court
house, in the city of Chicago, in the State of Illinois."

The trustee advertised the land for sale, "at the north door
of the court house, in the city of Chicago, in the county of
Cook, and State of Illinois, namely, at the west door of the
north doors of the building used as a court house, situated at the
south-east corner of La Salle and Adams streets in said city of
Chicago."

From all that appears, there was, prior to October 9, 1871, a
court house in the city of Chicago, on the square of ground
bounded by Randolph, Clark, Washington and La Salle streets,
which had a north door; that the east wing of that court house
fronted on Clark street, and had an east door on Clark street, but
no north door. That the whole court house was destroyed by fire
October 9, 1871, so as to render it unfit for use or occupation,
that part having its north door on or towards Randolph street,
utterly, and has never been there since; and that the east wing
was afterward repaired, so that the criminal court and county
court of Cook county were held in it.

That on July 10, 1872, the date of the trust deeds, the circuit
court and Superior Court of Cook county were held in the build-
ing mentioned in the notice of sale, which was erected for that
purpose among others; that such courts had been held there
for a long time prior thereto, and ever since have been held
there; that the clerks' offices of those courts, with all papers
pertaining to them, were kept in that building, and had been
since its use as a court house. That the building had been
known as the court house, as well as the city hall; that all writs
and process issued from said courts, since the building has been
so used, have been made returnable "at the court house in the
city of Chicago." This building has two north doors.

We can have no doubt that the sale was here advertised to be made at the right place — at the place designated in the trust deeds.

The decree will be affirmed.

*Decree affirmed.*